538

779 S.E.2d 198

In the Matter of Robert Andrew HEDESH, Respondent.

Appellate Case No. 2015–002211.

Supreme Court of South Carolina.

Nov. 12, 2015.

## ORDER

On August 12, 2015, Respondent was suspended from the practice of law for a period of ninety days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyers Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.